**Mark Anthony BRIDGES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 4, 2001.

Decided March 20, 2002.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of March, 2002, the Order of the Commonwealth Court is hereby AFFIRMED. *See Scott, et al. v. Commonwealth of Pennsylvania, Dep't of Transp., Bureau of Driver Licensing,* Nos. 8–10 MAP 2001, 790 A.2d 291 (Pa.2002).